UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MEGAN MCKAY,

                              Plaintiff,

v.

COUNTY OF ERIE,
ERIE COUNTY STADIUM CORPORATION,
and BUFFALO BILLS, LLC,

                              Defendants.

**CORPORATE DISCLOSURE STATEMENT**

Case No.: 1:24-cv-00533

      Defendant, Buffalo Bills, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states:

      1.     Buffalo Bills, LLC is a Delaware limited liability company with a principal place of business in Florida.

      2.     The sole member of Buffalo Bills, LLC is Buffalo Bills Holdings, LLC.

      3.     Buffalo Bills Holdings, LLC is a Delaware limited liability company with a principal place of business in Florida.

      4.     There are three members of Buffalo Bills Holdings, LLC.  Two of the three members are family trusts, the trustees of which are citizens of Florida.

      5.     The third member of Buffalo Bills Holdings, LLC is KSP-BB, LLC, a Delaware limited liability company.

      6.     The two members of KSP-BB, LLC are two family trusts, the trustees of which are both citizens of Florida.

Dated: Buffalo, New York
       June 10, 2024

                                                GOLDBERG SEGALLA LLP

                                                */s/ Kenneth L. Bostick, Jr.*
                                                Kenneth L. Bostick, Jr, Esq.
                                                *Attorney for Defendants*
                                                665 Main Street
                                                Buffalo, New York 14203-1425
                                                (716) 566 – 5400
                                                kbostick@goldbergsegalla.com

40985212.v1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MEGAN MCKAY,

                            Plaintiff,      Case No.: 1:24-cv-00533

v.

COUNTY OF ERIE,
ERIE COUNTY STADIUM CORPORATION,
and BUFFALO BILLS, LLC,

                            Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Disclosure Statement utilizing the Court's CM/ECF system on the 10th day of June, 2024, which would thereby automatically notify the following CM/ECF participant:

    Moses Ahn, Esq.
    MORGAN & MORGAN NY PLLC
    199 Water Street, Suite 1500
    New York, New York 10038
    mahn@forthepeople.com

                                          GOLDBERG SEGALLA LLP

                                          */s/ Kenneth L. Bostick, Jr.*
                                          Kenneth L. Bostick, Jr, Esq.
                                          *Attorney for Defendants*
                                          665 Main Street
                                          Buffalo, New York 14203-1425
                                          (716) 566 – 5400
                                          kbostick@goldbergsegalla.com

40985212.v1