UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MEGAN MCKAY,

                       Plaintiff,

v.

COUNTY OF ERIE,
ERIE COUNTY STADIUM CORPORATION,
and BUFFALO BILLS, LLC,

                       Defendants.

**CORPORATE DISCLOSURE STATEMENT**

Case No.: 1:24-cv-00533

       Defendant, Erie County Stadium Corporation, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states:

       1.      Erie County Stadium Corporation is a New York corporation organized under the laws of New York and has a principal place of business in New York.

       2.      Erie County Stadium Corporation is not publicly traded.

       3.      Erie County Stadium Corporation is a wholly owned subsidiary of the New York State Urban Development Corporation d/b/a Empire State Development.

       4.      No other entity owns an interest of 10% or more of Erie County Stadium Corporation's stock.

Dated: Buffalo, New York
           June 10, 2024

                                                    GOLDBERG SEGALLA LLP

                                                    */s/ Kenneth L. Bostick, Jr.*
                                                    Kenneth L. Bostick, Jr, Esq.
                                                    *Attorney for Defendants*
                                                    665 Main Street
                                                    Buffalo, New York 14203-1425
                                                    (716) 566 – 5400
                                                    kbostick@goldbergsegalla.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MEGAN MCKAY,

                      Plaintiff,      Case No.: 1:24-cv-00533

v.

COUNTY OF ERIE,
ERIE COUNTY STADIUM CORPORATION,
and BUFFALO BILLS, LLC,

                      Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Disclosure Statement utilizing the Court's CM/ECF system on the 10th day of June, 2024, which would thereby automatically notify the following CM/ECF participant:

Moses Ahn, Esq.
MORGAN & MORGAN NY PLLC
199 Water Street, Suite 1500
New York, New York 10038
mahn@forthepeople.com

                      GOLDBERG SEGALLA LLP

                      */s/ Kenneth L. Bostick, Jr.*
                      Kenneth L. Bostick, Jr, Esq.
                      *Attorney for Defendants*
                      665 Main Street
                      Buffalo, New York 14203-1425
                      (716) 566 – 5400
                      kbostick@goldbergsegalla.com